**EXHIBIT "A"**

4/25/2022 11:47 AM

## Google AdSense Online Terms of Service

### 1. Welcome to AdSense!

Thanks for your interest in our search and advertising services (the "**Services**")!

By using our Services, you agree to (1) these Terms of Service, (2) the AdSense Program Policies, which include but are not limited to the Content Policies, the Webmaster Quality Guidelines, the Ad Implementation Policies, and the EU User Consent policy (collectively, the "AdSense Policies"), and (3) the Google Branding Guidelines (collectively, the "**AdSense Terms**"). If ever in conflict, these Terms of Service will take precedence over any other terms in the policies and guidelines enumerated in numbers (2) and (3) above. Please read these Terms of Service and the rest of the AdSense Terms carefully.

As used in these Terms of Service, "you" or "publisher" means the individual or entity using the Services (and/or any individual, agent, employee, representative, network, parent, subsidiary, affiliate, successor, related entities, assigns, or all other individuals or entities acting on your behalf, at your direction, under your control, or under the direction or control of the same individual or entity who controls you). "We," "us" or "Google" means Google LLC, and the "parties" means you and Google.

### 2. Access to the Services; AdSense Accounts

Your use of the Services is subject to your creation and our approval of an AdSense Account (an "**Account**"). We have the right to refuse or limit your access to the Services. In order to verify your Account, from time-to-time we may ask for additional information from you, including, but not limited to, verification of your name, address, and other identifying information. By submitting an application to use the Services, if you are an individual, you represent that you are at least 18 years of age. You may only have one Account. If you (including those under your direction or control) create multiple Accounts, you will not be entitled to further payment from Google, and your Accounts will be subject to termination, pursuant to the provisions below.

By enrolling in AdSense, you permit Google to serve, as applicable, (i) advertisements and other content ("**Ads**"), (ii) Google search boxes and search results, and (iii) related search queries and other links to your websites, mobile applications, media players, mobile content, and/or other properties approved by Google (each individually a "**Property**"). In addition, you grant Google the right to access, index and cache the Properties, or any portion thereof, including by automated means. Google may refuse to provide the Services to any Property.

Any Property that is a software application and accesses our Services (a) may require preapproval by Google in writing, and (b) must comply with Google's Software Principles.

### 3. Using our Services

You may use our Services only as permitted by the AdSense Terms and any applicable laws. Don't misuse our Services. For example, don't interfere with our Services or try to access them using a method other than the interface and the instructions that we provide.

Our Services are business tools. You must only use our Services exclusively for purposes relating to your trade, business, craft or profession.

You may discontinue your use of any Service at any time by removing the relevant code from your Properties.

### 4. Changes to our Services; Changes to the AdSense Terms

We are constantly changing and improving our Services. We may add or remove functionalities or features of the Services at any time, and we may suspend or stop a Service altogether.

We may modify the AdSense Terms at any time. We'll post any modifications to the Terms of Service on this page and any modifications to the AdSense Policies or the Google Branding Guidelines on their respective pages. Changes will generally become effective 14 days after they are posted. However, changes addressing new functions for a Service or changes made for legal reasons will be effective immediately. If you don't agree to any modified terms in the AdSense Terms, you'll have to stop using the affected Services.

### 5. Payment

Subject to this Section and Section 6 of these Terms of Service, you will receive a payment related to the number of valid clicks on Ads displayed on your Properties, the number of valid impressions of Ads displayed on your Properties, or other valid events performed in connection with the display of Ads on your Properties, only if and when Google determines that your Properties have remained in compliance with the AdSense Terms (including all AdSense Policies as identified in Section 1 above) for the entirety of the period for which payment is made and through to the date that the payment is issued.

If your Account is in good standing through to the time when Google issues you a payment, we will pay you by the end of the calendar month following any calendar month in which the balance reflected in your Account equals or exceeds the applicable payment threshold. If Google is investigating your compliance with the AdSense Terms or you have been suspended or terminated, your payment may be delayed or withheld. To ensure proper payment, you are responsible for providing and maintaining accurate contact and payment information in your Account.

If you implement search Services, our payments may be offset by any applicable fees for such Services. In addition, Google may (a) withhold and offset any payments owed to you under the AdSense Terms against any fees you owe us under the AdSense Terms or any other agreement, or (b) require you to refund us within 30 days of any invoice any amounts we may have overpaid to you in prior periods. You are responsible for any charges assessed by your bank or payment provider.

Unless expressly authorized in writing by Google, you may not enter into any type of arrangement with a third party where that third party receives payments made to you under the AdSense Terms or other financial benefit in relation to the Services.

Payments will be calculated solely based on Google's accounting. You acknowledge and agree that you are only entitled to payment for your use of the Services for which Google has been paid; if, for any reason, Google does not receive payment from an advertiser or credits such payment back to an advertiser, you are not entitled to be paid for any associated use of the Services. Additionally, if an advertiser whose Ads are displayed on any Property defaults on payment to Google, we may withhold payment or charge back your Account.

Google has the right to withhold or adjust payments to you to exclude any amounts Google determines arise from invalid activity. Invalid activity includes, but is not limited to, (i) spam, invalid clicks, invalid impressions, invalid queries, invalid conversions, or other invalid events on Ads generated by any person, bot, automated program or similar device, including through any clicks, impressions, queries, conversions, or other events originating from your IP addresses or computers under your control; (ii) clicks, impressions, queries, conversions, or other events solicited or generated by payment of money, false representation, or requests for end users to click on Ads or take other actions; (iii) Ads served to end users whose browsers have JavaScript disabled or who are otherwise tampering with ad serving or measurement; (iv) any click, impression, query, conversion, or other event occurring on a Property that does not comply with the AdSense Policies; (v) any click, impression, query, conversion, or other event occurring on a Property associated with another AdSense Account you use; and (vi) all clicks, impressions, queries, conversions, or other events in any Account with significant amounts of invalid activity, as described in (i-v) above or with the types of invalid activity indicating intentional misconduct. In the event Google detects invalid activity, either before or after issuing a payment for that activity, Google reserves the right to debit your Account, and adjust future payments accordingly, for all invalid clicks, impressions, queries, conversions, or other events including for all clicks, impressions, queries, conversions, or other events on Properties that do not comply with the AdSense Policies.

Additionally, Google may refund or credit advertisers for some or all of the advertiser payments associated with a publisher's Account. You acknowledge and agree that, whenever Google issues such refunds or credits, you will not be entitled to receive any payment for any associated use of the Services.

### 6. Termination, Suspension, and Entitlement to Further Payment  —2—

Google may at any time, without providing a warning or prior notice, temporarily suspend further payments on your

Account, suspend or terminate the participation of any Property in the Services, or suspend or terminate your Account because of, among other reasons, invalid activity or your failure to otherwise fully comply with the AdSense Policies. Google can terminate your participation in the Services, and close your Account, if your Account remains inactive for a period of 6 or more consecutive months. If Google closes your Account due to inactivity, and the balance reflected in your Account equals or exceeds the applicable threshold, we will pay you that balance, subject to our payment provisions in Section 5. If Google closes your Account due to inactivity, you will not be prevented from submitting a new application to use the Services.

If Google terminates your Account due to your breach of the AdSense Terms, including, but not limited to, your causing or failing to prevent invalid activity on any Property, or your failure to otherwise fully comply with the AdSense Policies, you will not be entitled to any further payment from Google for any prior use of the Services. If you breach the AdSense Terms or Google suspends or terminates your Account, you (i) are prohibited from creating a new Account, and (ii) may not be permitted to monetize content on other Google products.

If you dispute any payment made or withheld relating to your use of the Services, or, if Google terminates your Account and you dispute your termination, you must notify Google within 30 days of any such payment, non-payment, or termination by submitting an appeal. If you do not, any claim related to the disputed payment or your termination is waived.

You may terminate your use of the Services at any time by completing the account cancellation process. Your AdSense Account will be considered terminated within 10 business days of Google's receipt of your notice. If you terminate your Account and the balance reflected in your Account equals or exceeds the applicable threshold, we will pay you that balance, subject to the payment provisions in Section 5, within approximately 90 days after the end of the calendar month in which you terminated your use of the Services. Any balance reflected in your Account below the applicable threshold will remain unpaid.

### 7. Taxes

As between you and Google, Google is responsible for all taxes (if any) associated with the transactions between Google and advertisers in connection with Ads displayed on the Properties. You are responsible for all taxes (if any) associated with the Services, other than taxes based on Google's net income. All payments to you from Google in relation to the Services will be treated as inclusive of tax (if applicable) and will not be adjusted.

### 8. Testing

You authorize Google to periodically conduct tests that may affect your use of the Services. To ensure the timeliness and validity of test results, you authorize Google to conduct such tests without notice.

### 9. Intellectual Property; Brand Features

Other than as set out expressly in the Agreement, neither party will acquire any right, title, or interest in any intellectual property rights belonging to the other party or to the other party's licensors.

If Google provides you with software in connection with the Services, we grant you a non-exclusive, non-sublicensable license for use of such software. This license is for the sole purpose of enabling you to use and enjoy the benefit of the Services as provided by Google, in the manner permitted by the Agreement. Other than distributing content via the AdMob SDK, you may not copy, modify, distribute, sell, or lease any part of our Services or included software, or reverse engineer or attempt to extract the source code of that software, unless laws prohibit those restrictions or you have our written permission. You will not remove, obscure, or alter Google's copyright notice, Brand Features, or other proprietary rights notices affixed to or contained within any Google services, software, or documentation.

We grant you a non-exclusive, non-sublicensable license to use Google's trade names, trademarks, service marks, logos, domain names, and other distinctive brand features (**"Brand Features"**) solely in connection with your use of the Services and in accordance with the AdSense Terms. We may revoke this license at any time. Any goodwill arising from your use of Google's Brand Features will belong to Google.

We may include your name and Brand Features in our presentations, marketing materials, customer lists and financial reports.

—3—

### 10. Privacy

Our privacy policy explains how we treat your personal data and protect your privacy when you use our Services. By using our Services, you agree that Google can use such data in accordance with our privacy policy. You and Google also agree to the Google Ads Controller-Controller Data Protection Terms.

You will ensure that at all times you use the Services, the Properties have a clearly labeled and easily accessible privacy policy that provides end users with clear and comprehensive information about cookies, device-specific information, location information and other information stored on, accessed on, or collected from end users' devices in connection with the Services, including, as applicable, information about end users' options for cookie management. You will use commercially reasonable efforts to ensure that an end user gives consent to the storing and accessing of cookies, device-specific information, location information, or other information on the end user's device in connection with the Services where such consent is required by law.

## 11. Confidentiality

You agree not to disclose Google Confidential Information without our prior written consent. "**Google Confidential Information**" includes: (a) all Google software, technology and documentation relating to the Services; (b) click-through rates or other statistics relating to Property performance as pertaining to the Services; (c) the existence of, information about, or the terms of, any non-public beta or experimental features in a Service; and (d) any other information made available by Google that is marked confidential or would normally be considered confidential under the circumstances in which it is presented. Google Confidential Information does not include information that you already knew prior to your use of the Services, that becomes public through no fault of yours, that was independently developed by you, or that was lawfully given to you by a third party. Notwithstanding this Section 11, you may accurately disclose the amount of Google's gross payments resulting from your use of the Services.

## 12. Indemnity

You agree to indemnify and defend Google, its affiliates, agents, and advertisers from and against any and all third-party claims and liabilities arising out of or related to the Properties, including any content served on the Properties that is not provided by Google; your use of the Services; or your breach of any term of the AdSense Terms. Google's advertisers are third-party beneficiaries of this indemnity.

## 13. Representations; Warranties; Disclaimers

You represent and warrant that (i) you have full power and authority to enter into the AdSense Terms; (ii) you are the owner of, or are legally authorized to act on behalf of the owner of, each Property; (iii) you are the technical and editorial decision maker in relation to each Property on which the Services are implemented and you have control over the way in which the Services are implemented on each Property; (iv) Google has never previously terminated or otherwise disabled an AdSense Account created by you due to your breach of the AdSense Terms, including due to invalid activity; (v) entering into or performing under the AdSense Terms will not violate any agreement you have with a third party or any third-party rights; and (vi) all of the information provided by you to Google is correct and current.

OTHER THAN AS EXPRESSLY SET OUT IN THE ADSENSE TERMS, WE DO NOT MAKE ANY PROMISES ABOUT THE SERVICES. FOR EXAMPLE, GOOGLE MAY REFUSE TO SERVE, AS APPLICABLE, (i) ADVERTISEMENTS AND OTHER CONTENT ("ADS"), (ii) GOOGLE SEARCH BOXES AND SEARCH RESULTS, AND (iii) RELATED SEARCH QUERIES AND OTHER LINKS TO YOUR PROPERTIES. WE DO NOT GUARANTEE THAT EVERY PAGE WILL RECEIVE ADS OR THAT GOOGLE WILL SERVE A CERTAIN NUMBER OF ADS. ADDITIONALLY, WE DO NOT MAKE ANY COMMITMENTS ABOUT THE CONTENT WITHIN THE SERVICES, THE SPECIFIC FUNCTION OF THE SERVICES, OR THEIR PROFITABILITY, RELIABILITY, AVAILABILITY, OR ABILITY TO MEET YOUR NEEDS. WE PROVIDE EACH SERVICE "AS IS".

TO THE EXTENT PERMITTED BY LAW, WE EXCLUDE ALL WARRANTIES, EXPRESS, STATUTORY, OR IMPLIED. WE EXPRESSLY DISCLAIM THE WARRANTIES OR CONDITIONS OF NONINFRINGEMENT, MERCHANTABILITY, AND FITNESS FOR A PARTICULAR PURPOSE.

## 14. Limitation of Liability

TO THE EXTENT PERMITTED BY LAW, EXCEPT FOR ANY INDEMNIFICATION OBLIGATIONS HEREUNDER OR YOUR BREACH OF ANY INTELLECTUAL PROPERTY RIGHTS, CONFIDENTIALITY OBLIGATIONS,

—4—

AND/OR PROPRIETARY INTERESTS RELATING TO THE ADSENSE TERMS, (i) IN NO EVENT SHALL EITHER PARTY BE LIABLE UNDER THE ADSENSE TERMS FOR ANY CONSEQUENTIAL, SPECIAL, INDIRECT, EXEMPLARY, OR PUNITIVE DAMAGES WHETHER IN CONTRACT, TORT, OR ANY OTHER THEORY, EVEN IF SUCH PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES AND NOTWITHSTANDING ANY FAILURE OF ESSENTIAL PURPOSE OF ANY LIMITED REMEDY, AND (ii) EACH PARTY'S AGGREGATE LIABILITY UNDER THE ADSENSE TERMS IS LIMITED TO THE NET AMOUNT RECEIVED AND RETAINED BY THAT PARTICULAR PARTY IN CONNECTION WITH THESE ADSENSE TERMS DURING THE THREE MONTH PERIOD IMMEDIATELY PRECEDING THE DATE OF THE CLAIM. Each party acknowledges that the other party has entered into the AdSense Terms relying on the limitations of liability stated herein and that those limitations are an essential basis of the bargain between the parties.

## 15. Miscellaneous Entire Agreement; Amendments.

The AdSense Terms are our entire agreement relating to your use of the Services and supersede any prior or contemporaneous agreements on that subject. The AdSense Terms may be amended (i) in a writing signed by both parties that expressly states that it is amending the AdSense Terms, or (ii) as set forth in Section 4, if you keep using the Services after Google modifies the AdSense Terms.

**Assignment.** You may not assign or transfer any of your rights under the AdSense Terms.

**Independent Contractors.** The parties are independent contractors and the AdSense Terms do not create an agency, partnership, or joint venture.

**No Third-Party Beneficiaries.** Other than as set forth in Section 12, the AdSense Terms do not create any third-party beneficiary rights.

**No Waiver.** Other than as set forth in Section 6, the failure of either party to enforce any provision of the AdSense Terms will not constitute a waiver.

**Severability.** If it turns out that a particular term of the AdSense Terms is not enforceable, the balance of the AdSense Terms will remain in full force and effect.

**Survival.** Sections 5, 6, 8, 12, 14, and 15 of these Terms of Service will survive termination.

**Governing Law; Venue.** All claims arising out of or relating to the AdSense Terms or the Services will be governed by California law, excluding California's conflict of laws rules, and will be litigated exclusively in the federal or state courts of Santa Clara County, California, USA, and you and Google consent to personal jurisdiction in those courts.

**Force Majeure.** Neither party will be liable for inadequate performance to the extent caused by a condition (for example, natural disaster, act of war or terrorism, riot, labor condition, governmental action, and Internet disturbance) that was beyond the party's reasonable control.

**Communications.** In connection with your use of the Services, we may contact you regarding service announcements, administrative messages, and other information. You may opt out of some of those communications in your Account settings. For information about how to contact Google, please visit our contact page.

## 16. Service-Specific Terms

If you choose to implement any of the following Services on a Property, you also agree to the additional terms identified below:

**AdMob:** the AdMob Publisher Guidelines and Policies.

**Custom Search Engine**: the Custom Search Engine Terms of Service.



YPP

## Watch Page Monetization Module

This Watch Page Monetization Module (this "**Module**") is made under and incorporated into the terms under which you participate in the YouTube Partner Program (the "**Terms**"). Please read this Module carefully. Capitalized words used but not defined in this Module will have the meaning given to them in the Terms.

**1. Applicability.** This Module applies only where your Content is displayed within the following parts of the Service:

  a. "**Content Watch Page**" means a page within the "YouTube", "YouTube Music" or "YouTube Kids" website or app that is primarily dedicated to the description and playback of your Content (but which may also show other recommended content or ads). For clarity, a "Content Watch Page" includes: (i) a page dedicated to your channel; and (ii) any feed of recommended content and ads shown on such page primarily dedicated to your Content; but does not include: (x) any other type of content feed (e.g. the 'YouTube Shorts" feed); or (y) a search results page; and

  b. "**YouTube Video Player**" means one or more digital media players made available by YouTube, without charge, solely for displaying embedded Content on websites or applications that are not part of the Service.

For clarity, this Module does not apply where your Content is made available through the Service in the feed-based video player interface currently known as "YouTube Shorts" or any related embedded player.

**2. Advertising Revenues.** YouTube will pay you 55% of Net Revenues from a is displayed or streamed by YouTube or an authorized third party: (a) on your Content Watch Pages; or (b) in conjunction with the playback of your Content within the YouTube Video Player.

**3. Subscription Revenues.** YouTube will pay you 55% of the Net Revenues from subscription fees that are attributed to the monthly views or watchtime of your Content on the: (a) Content Watch Pages; or (b) YouTube Video Player, as a percentage of the monthly views or watchtime of all or a subset of participating content in the relevant subscription offering. If your Content is included in and viewed by a user in multiple subscription offerings, YouTube will pay you based on the subscription offering with the highest amount of Net Revenues.


−6−

You represent that: (i) you are at least 18 years of age, or (ii) you are the parent or guardian of a YouTube Partner Program participant aged between 13 and 18 and are agreeing to these terms on their behalf.



-7-

# COMMERCE PRODUCT ADDENDUM

This Commerce Product Addendum ("**Addendum**") is entered into by and between you ("**You**," "**Your**" or "**Provider**") and Google LLC and its affiliates ("**Google**"), and amends the Agreement (as defined below) as of the date you click the acceptance button below. If you are accepting on behalf of your employer or another entity, you represent and warrant that you have full legal authority to bind your employer or such entity to the terms of this Addendum. If you do not have the legal authority to bind, please do not click the acceptance button below.

In consideration of the mutual promises contained herein and other good and valuable consideration, the parties hereby agree as follows:

**Definitions**.

"**Agreement**" means the agreement entered into by and between the parties that governs the licensing and monetization of Provider Content on the Google Services.

"**Brand Features**" means the names, logos, trademarks, designs and trade names of a party.

"**Commerce Content**" means any item or service (including, but not limited, to audiovisual or graphic content) and associated data, metadata, materials and information that Provider elects to make available to Google and its Affiliates, or directly to end users, as a specified part of a Commerce Product during a specified period in exchange for a fee.

"**Commerce Products**" means the different products or features through which Commerce Content is made available to end users via the Google Services (and may include, by way of example only, rentals, purchases and paid channels, accessible via streaming or download, sponsorships and gaming interactivity), as described in the then-current version of the Specifications. Commerce Products do not include site-wide subscription features or features not included in the Specifications (such as YouTube Red) that users may access in exchange for a fee.

"**Commerce Revenues**" means revenues recognized by Google from fees charged by Google to end users in connection with the Commerce Products.

"**Google Services**" if not otherwise defined in the Agreement means Google websites, applications, products and services, including but not limited to the YouTube Website, applications, API services,

embeds, and any of the foregoing that are made available for syndication.

**"Marketing Assets"** means any marketing materials Provider elects in its sole discretion to make available to Google for marketing, promotional and advertising purposes, as further described in Section 2.3. Such materials may include video clips, images, screenshots, sizzle reels, promos, trailers and other such types of marketing materials.

**"Provider Content"** if not otherwise defined in the Agreement means the audio and audiovisual content received by or made available to Google from or by Provider, and all related metadata and materials made available to Google, via specified delivery.

**"Specifications"** means the specifications, policies and guidelines that apply to the Commerce Products, as it relates to Provider's use of the Commerce Products, which Google will provide and may update from time to time.

**"Suggested Retail Price"** is the suggested retail price for applicable Commerce Content, as specified by Provider via the metadata (or such other means as specified by Google). Google will use the Suggested Retail Price to determine the equivalent local price for applicable Commerce Content and such local price will be the deemed Suggested Retail Price for that territory. For the avoidance of doubt, Google retains sole discretion to establish the actual retail price for the Commerce Products.

### License.

Content License. If you provide any custom Brand Features or other Commerce Content for use in conjunction with the Commerce Product(s), you agree to the following: without limiting the scope of licenses granted in the Agreement, Provider's license grant to Google in and to the Provider Content is amended to also explicitly include the right and license (but not the obligation) for Google to host, cache, route, transmit, communicate and make available to the public, store, copy, modify (as described herein), distribute, perform, display, reformat, excerpt, analyze, create algorithms based on and otherwise use Commerce Content as necessary: (a) to make such content available via the Commerce Products; and (b) to the extent deemed necessary by Google in its sole discretion, for Google or a third party on Google's behalf to apply encryption.

Brand Features. Regardless of any provision to the contrary in the Agreement, Provider grants to Google a non-exclusive, worldwide, royalty-free license to use any Brand Features provided by Provider (including all Brand Features pertaining to the Commerce Content) in connection with its use of the Commerce Products as authorized under this Addendum, in order to market and promote the Commerce Products and/or availability of Commerce Content, and for use in presentations, marketing materials, financial reports, press releases and customer lists (which includes customer lists posted on Google's web sites and screenshots of Commerce Content contained in the Google Services).

Marketing Assets. Provider grants to Google and/or a third party on Google's behalf a royalty-free, non-exclusive, worldwide, perpetual license to copy, distribute, create derivative works based on (e.g., combine portions of the Marketing Assets in combination with other content), perform, display, and otherwise use the Marketing Assets in all media, whether now known or hereafter devised, solely in connection with the marketing, promotion and advertising of the Google products and services together with the Commerce Products. If Provider chooses not to provide Marketing Assets to Google, Google (and/or an authorized third party) may create marketing materials using screen shots, stills, clips or

—9—

images from the Commerce Content, in order for Google (and/or a third party on its behalf) to market or promote Google Services together with the Commerce Content.

Clearances. Without limiting any of Provider's obligations under the Agreement, the licenses described in this Section 2 includes all necessary licenses for all performances by audiovisual talent or artists and all music rights (including public performance licenses) in the compositions and sound recordings of any music incorporated in, synchronized with or is part of, the Commerce Content or Marketing Assets.

**Use of the Commerce Products**

Subject to the eligibility requirements described below, Provider may elect which Commerce Product(s), if any, through which it wishes to make the Commerce Content available. Provider may choose to enable one or more of the Commerce Products at any time.

Provider acknowledges that each Commerce Product may have different eligibility requirements associated with it and as a result Provider may not be eligible to use any or all of the Commerce Products until it meets such requirements. The eligibility requirements for each Commerce Product will be set out in the Specifications.

For the avoidance of doubt, Commerce Content will be subject to all the terms of the Agreement, unless expressly amended by this Addendum. Notwithstanding the foregoing, Commerce Content does not count towards any content-related deliverables or commitments which may be set forth in the Agreement (or any payment terms associated therewith) unless expressly agreed otherwise herein.

As between the parties, Provider will be solely responsible for any and all programming and editorial decisions regarding the Commerce Content.

**Commerce Content Delivery and Distribution**.

Specifications. Provider will, at all times, comply with the requirements of the Specifications.

Playback/Usage. Unless otherwise approved by Google, Provider may not enable any feature that restricts playback or usage of the Commerce Content.

Restricted Content. Unless pre-approved by Google, Provider will not make any content available via any Commerce Product that is subject to a content commitment under any other agreement between the parties, including the Agreement.

Territories. If Provider is permitted to specify territorial limitations under the Agreement, Provider acknowledges that with respect to Commerce Content, in addition to or instead of IP address detection, Google may use other geofiltering technologies to verify that an end user's location corresponds to the Provider-specified Territory (or territory).

Closed Captioning. If closed captioning is required in the Specifications or if Provider makes closed captioning available for the same content on any other platform, Provider will provide closed captions for the Commerce Content. To the extent that Provider fails to provide any required captions, Google has the right to: a) cease making available such Commerce Content; or b) create or authorize the creation of captions for use with such Commerce Content —10—

Content Availability. Notwithstanding anything set forth to the contrary in the Agreement, Provider will not remove any item of Commerce Content prior to the end of the applicable viewing or usage period as stated in the Specifications (although, for clarity, Provider may cease to offer any item of Commerce Content for new purchases or rentals, at any time in its discretion). If Provider takes down Commerce Content prior to the end of an applicable viewing or usage period, Google may take measures to ensure such Commerce Content is still accessible by the end user during their applicable usage or viewing period. You understand and agree that the licenses granted with respect to the Commerce Content will survive: (a) any termination or expiration of the Agreement or this Addendum, or (b) any removal of the Commerce Content by you, until the applicable viewing period for all end users expires.

**Financial Terms**.

Commerce Revenue Payments.

Except as otherwise agreed to in this Addendum and subject to Sections 5.1(c), 5.4 and 5.5 below, Google will pay to Provider an amount equal to 70% multiplied by the greater of: (A) Commerce Revenues, or (B) the Suggested Retail Price for the relevant Commerce Content (if applicable). Google will retain the remainder.

In connection with certain promotions, the parties may mutually agree in writing (including via e-mail) to modify the payments due to Provider hereunder on a short-term, non-permanent basis so long as such writing confirms the: (i) duration of such promotion; (ii) nature of such promotion; (iii) Commerce Content associated with such promotion; and (iv) the modified payments due to Provider.

For the avoidance of doubt, nothing herein will prevent Google from offering promotions absent consultation with Provider, and in such cases Google will pay Provider in accordance with the terms set forth in Section 5.1(a).

The revenue share set out at section 5.1(a) above will not apply to Commerce Content that is offered as part of a package of channels. In the event that Google decides (in its discretion) to offer the Commerce Content as part of a package of channels, parties will mutually agree (including via e-mail) on the applicable revenue share percentage.

Payment. Except as otherwise provided herein, the payment provisions in the Agreement will apply equally to Commerce Content.

Reporting. Within thirty (30) days of the end of each month, Google will furnish Provider with usage reports in the form generally made available to providers at that time.

Taxes. All payments made in connection with this Addendum are exclusive of taxes imposed by governmental entities of whatever kind and imposed with respect to the transactions for services provided under this Addendum. If Google is required to deduct or withhold taxes from any payments made to Provider and submits such taxes to the local taxing jurisdiction, then Google will withhold and submit such taxes and will pay to Provider the remaining net amount after the taxes have been withheld. If Google is required to charge taxes to any user for any purchase of Commerce Content, then Google reserves the right to calculate the amount of any such tax, submit such taxes to the local taxing jurisdiction and deduct the amount of such tax payments from the Commerce Revenues or Suggested Retail Price (as applicable)



prior to calculating Provider's share of revenues.

<u>Non-Qualifying Payments</u>. For avoidance of doubt, Google will not be liable for any payment based on: (a) any purchase that is subject to a refund (in Google's discretion), credit card chargeback, or declined payment; (b) promotional offers made pursuant to Section 5.1(b)(i) hereof; (c) any mobile or device related transaction fees applicable to purchases on such platforms; (d) free trials offered by Google to end users who are first time subscribers to a subscription channel or subscription channel package; or (e) any breach of this Addendum by Provider. Google may withhold payment (from Ad Revenues or Commerce Revenues) or charge-back Provider for any non-qualifying payments described in the sentence above pending Google's reasonable investigation. Provider will cooperate with Google in any investigation. Provider will not, and will not authorize or encourage any third party to, directly or indirectly execute purchases of Commerce Content or otherwise obtain access to Commerce Content through any automated, deceptive, fraudulent or other invalid means, including but not limited to through the fraudulent use of software or credit cards.

**Representations, Warranties and Indemnities**.

In addition to Provider's representations and warranties under the Agreement, Provider represents and warrants that:

> any and all titles, descriptions, promotional and marketing communications, and other data, information, Marketing Assets or materials made available by Provider in connection with any Commerce Content will be accurate and free of any deceptive, false, misleading or fraudulent statements;

> Google's use of the Commerce Content, Marketing Assets and/or Provider's Brand Features will not violate any applicable law, rule, regulation or right of any kind whatsoever or give rise to any actionable claim or liability;

> it will comply with all applicable laws and regulations relating to the delivery and distribution of the Commerce Content, including country-specific content ratings and censorship rules; and

> for any Commerce Content made available by Provider as part of a Commerce Product (where applicable), Provider will provide such Commerce Content in accordance with all descriptions and commitments given in relation thereto.

For the avoidance of doubt, Provider's indemnity obligations under the Agreement shall apply equally to this Addendum but shall be extended to include any breach of Provider's representations and warranties in Section 6.1 above.

**Limitation on Liability**.

> IN NO EVENT WILL EITHER PARTY'S TOTAL AGGREGATE LIABILITY FOR ANY AND ALL CAUSES OF ACTION ARISING OUT OF OR RELATED TO THIS ADDENDUM EXCEED THE NET AMOUNT SUCH PARTY HAS ACTUALLY RECEIVED AND RETAINED (AFTER ACCOUNTING FOR ALL DEDUCTIONS, AND OTHER OFFSETS PROVIDED FOR UNDER THIS ADDENDUM) FROM COMMERCE REVENUES DURING THE SIX (6) MONTHS IMMEDIATELY PRECEDING THE DATE ON WHICH SUCH CLAIM ARISES. For the avoidance of doubt, the subsection of the Agreement which sets out the parties' cap on liability shall not apply to Commerce Content.

**Term and Termination**.

Term. This Addendum will commence on the Addendum Effective Date and will continue for a period of twelve (12) months, following which this Addendum will automatically renew for additional one (1) month terms unless terminated in accordance with section 8.2 below (the "Term").

Termination.

Either party may terminate this Addendum: (i) immediately upon written notice to the other party if (x) the other party files a petition for bankruptcy, becomes insolvent, or makes an assignment for the benefit of its creditors, or a receiver is appointed for the other party or its business, or (y) the other party breaches its obligations in respect of confidentiality, as set out in the Agreement; or (ii) for convenience with thirty (30) days' prior written notice at anytime during the Term hereof.

Google may terminate or suspend this Addendum or Provider's access to any Commerce Product immediately upon written notice to Provider if (i) Provider breaches its representations and warranties under the Agreement or this Addendum; or (ii) Provider fails to comply with the Specifications.

This Addendum shall automatically terminate in the event of termination or expiry of the Agreement. However, in the event of termination of this Addendum, the Agreement will remain in effect until otherwise terminated.

Survival. Sections 2 (to the extent described in Section 4.6), 5, 6, 7 and 9 will survive any expiration or termination of this Addendum.

**Miscellaneous**.

Approvals. All approvals required in this Addendum must be given in writing (which may include e-mails).

Counterparts. The parties may execute this Addendum in counterparts, including facsimile, PDF, and other electronic copies, which taken together will constitute one instrument. This Addendum may be executed in multiple counterparts, each of which will be deemed an original and all of which will constitute one and the same instrument. This Addendum will be binding on the parties hereto and their respective personal and legal representatives, successors, and permitted assigns.

Conflicting Terms. If there is a conflict between any term of this Addendum and a term of the Agreement, the term of this Addendum will govern. Capitalized terms used but not defined in this Addendum will have the meanings given to such terms in the Agreement. Except as specifically, and to the extent, modified by this Addendum, all the terms and conditions of the Agreement will continue to remain unchanged and in full force and effect and will apply, as applicable, to the parties under this Addendum.

Entire Agreement. This Addendum together with the Agreement sets out all terms agreed between the parties and supersedes all previous or contemporaneous agreements between the parties relating to Commerce Content that is made available on a subscription basis.

Governing law and Translations. The laws of California, U.S.A., excluding California's conflict of laws rules, will apply to any disputes arising out of or relating to this Addendum. All claims arising out of or relating to this Addendum will be litigated exclusively in the federal or state courts of Santa Clara County, California, U.S.A., and you and Google consent to personal jurisdiction in those courts.

YPP

# Shorts Monetization Module

This Shorts Monetization module (this "**Module**") is made under and incorporated into the terms under which you participate in the YouTube Partner Program (the "**Terms**"), and is effective February 1, 2023 or the date you agree to this Module (whichever is later). Please read this Module carefully. Capitalized words used but not defined in this Module will have the meaning given to them in the Terms.

1. **Applicability**. This Module applies to Shorts. "**Short(s)**" means content made available through the Service in the feed-based video player interface currently known as "YouTube Shorts" (the "**Shorts Player**"). The "**Shorts Feed**" describes the video feed section of the Shorts Player that contains Shorts and which may be interspersed with ads and other recommended content, but for clarity does not include:

    a. parts of the Shorts Player that display multiple Shorts simultaneously (including still images) for purposes other than viewing an individual Short (e.g. for search, browsing or navigation); or

    b. any ads shown upon opening of the Shorts Feed before a Short is viewed.

2. **Shorts Ads Revenues**. YouTube will pay you 45% of Shorts Ad Revenues. "**Shorts Ad Revenues**" means:

    a. **Pooled Ad Revenues**. The portion of the Creator Shorts Pool (as described below) that is attributed to the views of your Shorts Content as a percentage of the total views of all content allocated to the Creator Shorts Pool ("**Pooled Ad Revenues**"), where:

        i. "**Creator Shorts Pool**" means the portion of Gross Pool Ad Revenues, calculated on a country-by-country basis, that is attributed to: (A) the total views of all Shorts uploaded by a monetizing partner that include no Music Content; plus (B) the fractional views of all Shorts uploaded by a monetizing partner that include some but are not solely made up of Music Content (as described in Section 4 below); together as a percentage of the total views of all Shorts;

        ii. "**Gross Pool Ad Revenues**" means Net Revenues from ads displayed in the Shorts Feed that are not directly connected to an individual Short; and

        iii. "**Music Content**" means content that is delivered to, uploaded to, or claimed on, the Service by a music licensor partner of YouTube; and

    -14-

    b. **Direct Ad Revenues**. The Net Revenues from the views of ads displayed or streamed by YouTube or an

authorized third party directly on your Shorts Content (i.e. ads that are directly connected solely with your Shorts Content rather than ads interspersed within the Shorts Feed).

3. **Shorts Subscription Revenues.** YouTube will pay you 45% of Shorts Subscription Revenues. "**Shorts Subscription Revenues**" are the Net Revenues from subscription fees that are attributed to the monthly views of your Shorts Content as a percentage of the monthly views of all or a subset of participating content in the relevant subscription offering. If your Shorts Content is included in and viewed by a user in multiple subscription offerings, YouTube will pay you based on the subscription offering with the highest amount of Shorts Subscription Revenues.

4. **Shorts Including Third Party Content.** This section describes how views are counted for the purposes of calculating each of the Creator Shorts Pool, Pooled Ad Revenues and Shorts Subscription Revenues when a Short includes third party content. If YouTube credits any content owned or licensed by any party other than the uploader as making a contribution to a Short, then each view of that Short will be divided on a fractional basis as specified in the Shorts Monetization Policies. Those policies describe whether and how YouTube credits the contribution of different content types to a Short and how views are allocated between the uploader of a Short and parties contributing content to a Short.

5. **Ineligible Views.** For the purposes of calculating payments under this Module, YouTube will not count views of Shorts where views are ineligible, as described in the Shorts Monetization Policies.

You represent that: (i) you are at least 18 years of age, or (ii) you are the parent or guardian of a YouTube Partner Program participant aged between 13 and 18 and are agreeing to these terms on their behalf.



—/5—