**EXHIBIT "C"**

From: YouTube Creators <no-reply@youtube.com>
Date: Tue, Dec 14, 2021 at 1:04 PM
Subject: Robert J Ray, your 2021 year in review is here!
To: <robertray.author@gmail.com>

**2021**
Robert J Ray
Cheers to having such loving fans! It's time to celebrate all of your hard work, and the community you've built.
Your 2021 snapshot
369.3K
Watch time minutes
290.6K
Total views
THE MAN WITH ALL THE ANSWERS ROBERT J RAY S1E3 EMANUEL SWEDENBORG 92021
Your most viewed video
You're connecting with fans
Your top countries for channel views
India   ????
Egypt   ????
Algeria   ????
81 Comments received
September Month with most views
2021 Achievements
Joined the YouTube Partner Program
Thank you fans for #MyYearOnYouTube
Celebrate your year with the people who encourage you! Share the snapshot below on social media using #MyYearOnYouTube.
Thank you for 3,943 likes, 81 comments, and your support this year!
- Robert J Ray
Keep the gratitude going-make a YouTube Short to let fans know how much they mean to you.
CREATE A SHORT
Lifetime highlights 341
Days since your first upload 3,968
Lifetime likes 82
Lifetime comments
Was this email helpful?
These insights were taken from aggregated data from YouTube between January 1, 2021 and December 1, 2021.
c 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066
You received this message because you signed up to receive emails about your YouTube channel: updates, announcements, and personalized tips. If you do not want to receive these emails in the future, please unsubscribe here.

From: Google Payments <payments-noreply@google.com>
Date: Tue, **Dec 21, 2021** at 9:42 AM
Subject: Google AdSense: Check your recent payment
To: <robertray.author@gmail.com>
Google AdSense
Check your recent payment
We sent a payment for your AdSense pub-3354396744834743 earnings on Dec 21, 2021.
If you haven't received your payment within 5 business days from the date of this email, please contact your bank for more details.
To check your recent payment:

   Sign in to your AdSense account.
   On the sidebar, select "Payments".

Help Center Contact Us
AdSense customer ID: 7544918510   |   Payments profile ID: 6125-3448-9449
Google LLC 1600 Amphitheatre Parkway, Mountain View, CA 94043
You have received this mandatory service announcement to update you about important changes to Google AdSense or your account.
Google

-2-



Hi there Robert.

This letter is being sent to you in regards to your monthly salary which has reached 7,500,000 dollars CONGRATULATIONS!! on that huge milestone and were happy that you have put in the hard work to get to that goal. a you've also reach 50,000 dollars on social blade which will be added to your payment which is 11/25/21 that will be issu to you if you have any questions please contact us we would be happily to assist you. Have a Great day.

Susan Wojcicki
CEO, YouTube

—3—

Luh Sam <sj2612074@gmail.com>                                   12/22/2021 8:42 AM
To robertray601@comcast.net



- IMG-0654.jpg (52 KB)

—4—

**Luh Sam <sj2612074@gmail.com>**     1/4/2022 4:36 PM

To robertray601@comcast.net



- IMG-0725.jpg (42 KB)



**YouTube Corporation <group3revenue@gmail.com>**   1/23/2022 11:31 AM

## Fwd: Revenue

To robertray601@comcast.net

---------- Forwarded message ---------
From: **YouTube Corporation** <group3revenue@gmail.com>
Date: Sun, Jan 23, 2022 at 9:05 AM
Subject: Revenue
To: robertray601@comcast.net <robertray601@comcast.net>

Robert J Ray your bank has declined 2.5 million dollars revenue which was supposed to be deposit on 1/22/22 please contact your bank to fix this issue. HAVE A GREAT DAY!!


— 6 —

Robert J Ray <robertray.author@gmail.com>                                    3/16/2022 1:39 PM

# Fwd: YouTube Support [3-3731000031539]

To robertray601@comcast.net

---------- Forwarded message ---------
From: <yt-partner-support@google.com>
Date: Tue, Jan 25, 2022 at 7:03 AM
Subject: YouTube Support [3-3731000031539]
To: <robertray.author@gmail.com>

Hi there,

Thank you for you response.

Robert J Ray your bank has declined 2.5 million dollars revenue which was supposed to be deposit on 1/22/22 please contact your bank to fix this issue. HAVE A GREAT DAY!!

I'll look forward to hearing from you.

All the best,
Bo

Google YouTube Team

Google | *YouTube Team* | www.youtube.com

*We value your feedback! If you receive a survey, please take a minute to rate your support experience. And don't forget to visit the Creator Hub for more help growing your channel!* Check it out

*Protect your YouTube channel with 2-Step Verification.* Get Started

—7—

Robert J Ray <robertray.author@gmail.com>                    3/16/2022 1:39 PM

## Fwd: YouTube Support [3-3731000031539]

To robertray601@comcast.net

---------- Forwarded message ---------
From: <yt-partner-support@google.com>
Date: Tue, Jan 25, 2022 at 7:03 AM
Subject: YouTube Support [3-3731000031539]
To: <robertray.author@gmail.com>

Hi there,

Thank you for you response.

Robert J Ray your bank has declined 2.5 million dollars revenue which was supposed to be deposit on 1/22/22 please contact your bank to fix this issue. HAVE A GREAT DAY!!

I'll look forward to hearing from you.

All the best,
Bo

Google YouTube Team

Google | *YouTube Team* | www.youtube.com

*We value your feedback! If you receive a survey, please take a minute to rate your support experience. And don't forget to visit the Creator Hub for more help growing your channel!* Check it out

*Protect your YouTube channel with 2-Step Verification.* Get Started



Robert J Ray <robertray.author@gmail.com>                                    3/15/2022 10:42 AM

## Fwd: YouTube Support [3-3731000031539]

To robertray601@comcast.net

---------- Forwarded message ---------
From: <yt-partner-support@google.com>
Date: Sat, Feb 5, 2022 at 6:47 PM
Subject: Re: YouTube Support [3-3731000031539]
To: <robertray.author@gmail.com>

Hi there,

Thank you for you response.

I appreciate your patience and cooperation. I've consulted our internal team about your issue and we didn't see any issue about your channel. Please note that advertising revenue is based on a number of different factors and may not be directly related to video views. I know how concerning it is for you to see your estimated revenue in your YouTube Analytics not increasing. Here's what we've found.

As you may already know, the data we see on YouTube Analytics will take 24-72 hours to get accurate performance. When looking at your YT Analytics, it's important to use the monthly date range since YouTube revenue is only transferred to AdSense once a month, after we have finalized your earnings. If you've been using the dates: Last 28 days, Last 90 days or so, the data or report will change if the same report will be checked the next day, and that may be confusing when checking the YT Revenue Report.

Here is your channel's YouTube Analytics Revenue report for the month of January.

Our internal team confirms that everything is working as intended and no issues found in regards to your revenue. I did a deep dive into your channel's YouTube Analytics data and our internal team did accurately check on your channel as well. We checked everything in your YouTube Analytics, specifically your revenue report and we saw and confirmed that your estimated earnings match the estimated monetized playbacks. It only means that everything is working as intended.

Just to enlighten you about it, estimated monetized playbacks are the number of times your video was watched with ads. Advertising revenue is based on a number of different factors and may not be directly correlated to video views, and not all views are equal in terms of revenue. These factors include advertiser bidding, advertising availability, and advertiser demand for your videos.

Many factors can affect the amount that is paid to you. What you see in your YouTube Analytics Revenue Report is just an estimated amount of your finalized earnings. We may make adjustments to your estimated or finalized earnings to account for invalid impressions or clicks, which means that we may remove earnings from your payable balance.

Also, advertising is seasonal. For example during the holiday season some creators may see an uptick in revenue due to increased investment in advertising; early in the year tend to be lighter months. We've also noticed that when times are lean, businesses cut their marketing budgets.

Revenue also depends on the ad formats that run on your videos. Different formats have different CPMs, which you can think of as a price. Because advertisers pay different prices for different ads, you'll earn different amounts depending on which ads run on your videos.

Your total revenue depends on several things, including which ad format appears, what the advertiser paid, and the amount of times your video was viewed.

In addition, a viewer's geographic location will impact your revenue.

Also, when we did a deep dive on your channel, we've seen that your entire channel experienced a high volume of invalid ad traffic ever since your channel started monetizing and that was filtered out up to 3rd February that is why you're seeing a discrepancy in your YouTube Analytics. Here is an advanced mode of your channel's YouTube Analytics report of your views from October 1, 2021 to February 4, 2022.

Invalid traffic, also known as invalid activity, is any activity that doesn't come from a real user with genuine interest. It can include fraudulent and artificial ways to boost ad revenue for videos, among others.

Our systems continually analyze your videos for invalid traffic and take steps to correct it. This keeps our YouTube ecosystem healthy and prevents advertisers from paying for invalid traffic on their ads.

Examples of invalid traffic on videos:

- Friends or contacts letting playlists of your videos run all day long, resulting in a boost in ad traffic due to ads playing on those videos.
- Announcing to your viewers that they should watch or click through ads on certain videos in order to boost ad traffic, thereby boosting ad revenue.
- Third parties running automated clicking bots on your videos to manipulate ad traffic.

If we detect invalid traffic on your videos, we refund the advertiser for that traffic. This means that you may not see that revenue despite ads still showing. It may also cause your estimated revenue in YouTube Analytics to fluctuate and not accurately represent what your potential earnings could be. Learn more about how invalid traffic can affect your estimated revenue in YouTube Analytics: See how much money you've made on YouTube

## Tips to prevent invalid traffic

1. Avoid partnering with untrusted parties when it comes to video creation and building your channel. For example, some third parties might push for purchasing traffic to raise ad revenue on your views, likes, or subscriptions - it's best to avoid working with them.
2. Don't click on your videos' ads, even if you think it might be OK to do so. Our systems recognize when creators click the ads on their own videos, and if it happens consistently over time, your account may be disabled to protect both advertisers and the creator ecosystem.
3. Never encourage friends, family, or anyone to click on your ads to help you make more revenue.

Learn more tips on preventing invalid traffic in the AdSense Help Center.

Lastly, I was able to escalate the email that you received saying that it came from YouTube's CEO and we also noticed that you have contacted us previously regarding the same email. You have mentioned to one of our colleagues the email address of the sender. Our internal team confirms that email confirm you received was not sent by Google or YouTube and is characterized as phishing and spam email.

I hope this clarifies your concern and let me know if you have any other questions.

All the best,
Bo

Google YouTube Team

Google | *YouTube Team* | www.youtube.com

We value your feedback! If you receive a survey, please take a minute to rate your support experience. And don't forget to visit the Creator Hub for more help growing your channel! *Check it out*

*Protect your YouTube channel with 2-Step Verification.* Get Started

On Sat, Feb 05, 2022 at 17:26 UTC "Robert J. Ray" <robertray.author@gmail.com> wrote:

> check and see how much i made off youtube because i sent the letter and email so now just want to know how much money i made in a lifetime on youtube and i got over 317,000 views so i know i made way over a 118 dollars

On Sat, Feb 5, 2022 at 10:43 AM <yt-partner-support@google.com> wrote:

> Hi there,
>
> Thank you for your email.
>
> — /0 —
>
> I appreciate you for sending the screenshot but seems that it doesn't match to the email that you received. Based on the reference number 5-3251000031888, it is an email follow up from one of my colleagues. An email request to screenshot the email that you received that says it came from our CEO. It is best to take a screenshot of the whole email itself, the sender's information should be there as well. So we can investigate this further.
>
> I appreciate your cooperation and understanding. I'll look forward to hearing from you.

All the best,
Bo

Google YouTube Team

Google | *YouTube Team* | www.youtube.com

*We value your feedback! If you receive a survey, please take a minute to rate your support experience. And don't forget to visit the Creator Hub for more help growing your channel!* Check it out

*Protect your YouTube channel with 2-Step Verification.* Get Started

On Sat, Feb 05, 2022 at 15:04 UTC "Robert J. Ray" <robertray.author@gmail.com> wrote:

—11—

**Email of March 27, 2022**
> From: Google AdSense. <adsense-noreply@google.com
> Date: Sun, Mar 27, 2022 at 6:07 PM
> Subject: About Your Revenue Payment
> To: <Robertray.author@gmail.com>
>
> **Your Publisher ID: pub-3354396744834743**     Sign in
>                  About Your Revenue Payment
> Starting in March and rolling out over the next few months, you will have a new way to view your YouTube earnings. **10,758,000 will be sent to you 4/26/2022.**
> What does this mean?
> ●     For users who only earn from YouTube, you will view your earnings in a new YouTube payments account accessible from the Payments page.
> ●     For users earning AdSense revenue from both YouTube and other properties, instead of combining earnings in one payments account, YouTube earnings will appear in a separate payments account.
> What do I need to do?
> ●     No action is needed. Moving forward, all your YouTube earnings will be posted to your YouTube payments account and any existing form of payment or custom payment thresholds will automatically be applied.
> Will this impact my earnings?
> ●     The amount you earn will not change, and your YouTube earnings will be posted to your YouTube payments account. You will continue to be paid whenever the account reaches the payment threshold.
> ●     If you have unpaid YouTube earnings, those will be transferred to the new YouTube payments account.
> ●     Previously paid YouTube earnings will remain associated with your AdSense payments account.
> Need help?
>       AdSense forum
>       My AdSense help page
> Follow us
> Twitter
>       YouTube
>       Facebook
> Google LLC 1600 Amphitheatre Parkway, Mountain View, CA 94043
> You have received this mandatory email service announcement to update you about important changes to your AdSenseproduct or account.

Robert J Ray - Organism Chapter 4 - YouTube Channel Complaint Summary - March 2022 - CS-22-00912

I first became involved with YouTube in December 2020 when I began uploading my Professional Development Process videos on the YouTube Channel with the goal to become a YouTube Partner and having my channel monetized to earn income. After eight months of uploading my videos according to YouTube my channel achieved the goal of getting 1000 subscribers and 4000 watch hours. Now I was told by YouTube I would be getting paid $22 per video view to start and in addition to ad revenue which was estimated on my dashboard and updated daily.

At this time I also signed up with the YouTube official and verified marketing partner Social Blade which was given complete access to my YouTube account for Analytics and advice on earning more ad revenue. In addition to YouTube they were sending regular emails regarding my earnings to be paid into my checking account the 21-26th of each month by YouTube's official payment company AdSense. Based on all this information received from YouTube and Social Blade about expected earnings I invested over $2000 in the production of my videos and promotion.

https://socialblade.com/

YouTube has not honored their agreement by paying me any money for my views which numbered 296,000 at the time I was monetized. As of mid March the channel officially totals 316,987 views.

https://www.youtube.com/channel/UCeC5bkwAi5wyGEOuzNN24Ig/about

I received an email from Google AdSense on 12/21/21 with the following "We sent a payment for your AdSense pub-3354396744834743 earnings on Dec 21, 2021." My YouTube dashboard showed $118.02 which was then deposited into my Citizens National Bank Account by AdSense. At this time I was told I had reached my threshold payment for monetization and in the following month would receive my YouTube earned income.

Among many other emails sent by YouTube, on 1/4/22 I was sent a graph claiming $400,446.63 estimated earnings and showing an 152% increase in ad revenue.

After many attempts to discuss this matter, YouTube continually deflected me to different tech people, with complex and confusing emails and hours of conversation with one employee via chat to be passed on to another and the issues never being resolved. YouTube would neither confirm nor deny the funds of $7.5M that CEO Susan Wojcicki letter said I had earned nor any of the other funds claimed in the emails received from YouTube and their partner Social Blade.

In January I received an email from YouTube stating that 2.5 million dollars wired to my Citizens National Bank account had been denied and asked me to contact my bank to resolve the issue. I went to the bank and was told they never received the funds to be denied. At this point YouTube/Social Blade emails said they tried to send the funds to another Robert Ray at a Citizens bank in Missouri who had a YouTube channel and it had been accepted:

YouTube Corporation <group3revenue@gmail.com>
"So sorry to hear that. Mr.Ray but your money has already been deposit at Citizens bank at 7553 NW Barry Rd
Kansas City, MO  64153
United States"

"Sorry but the money that was deposit in 7553 NW Barry Rd Kansas City, MO  64153 United States has already been approved and used. If you have any questions please Feel free to contact me. HAVE a great day!!"

I called the bank in Kansas City to inquire where my funds were and was told it had never been deposited. Yet when asked via email again about the funds I received the explanation:

"Regarding your concern Mr.Ray I have look into this issue and found that the money that was pending to be sent at 7553 NW Barry Rd Kansas City, MO  64153 United States was declined and sent back to us due to the misinformation that was given to us and will be on hold until the next threshold is reached which is 2-26-22. HAVE A GREAT DAY!!"

—14—

None of this made sense and what misinformation are they referring to, yet when contacted YouTube through the chat service there was no explanation. At this point opened another bank account at Regions to handle the promised funds. The money was never deposited and then when I asked again for clarification received this response in an email:

From: YouTube Corporation <group3revenue@gmail.com> "I understand but due to the new bank account that was giving we have to approve it again by sending a 100 dollars to that account which is the money that was made off ads."

When I inquired about YouTube investigating the revenue issues I was informed that YouTube was claiming that half my views were now somehow invalid and they claimed mostly were my friends and family and so they would be disregarding and refusing to pay for my content. At one point YouTube took over 300,000 of my views because of invalid traffic but only after they had made millions of dollars of ad money; they also took over 4000 of my subscribers.

There has been no explanation of verification of viewership which begs the question is the value based on race and age. According to their reports YouTube shows that my channel has an international audience with many viewers in India for example. Through a tech chat I was also told that at one point YouTube had logged more than 3 million views of my channel which they then claimed was invalid traffic. This is all very confusing and arbitrary.

Social Blade, which advertises to be customer oriented and user friendly and will help navigate YouTube for content providers has been sending emails claiming my channel is generating hundreds of thousands of dollars in ad revenue and to anticipate funds via AdSense. They have also been impossible to speak with regarding the confusion of funds promised yet never delivered.

After several weeks and payment was due in February I was trying to resolve this issue again and contacted YouTube and Social Blade about the confusion and what funds to expect and then "they" suddenly took all my social media down including my YouTube channel, my personal Instagram Account, two personal Facebook accounts and my gmail email account attached to my YouTube channel. There was no explanation except a tech saying they were investigating my account. Within a few days my channel and social media was returned to me and I was sent a follow up email regarding the channel that stated:

—/S—

From: <yt-partner-support@google.com> "Lastly, I was able to escalate the email that you received saying that it came from YouTube's CEO and we also noticed that you have contacted us previously regarding the same email. You have mentioned to one of our colleagues the email address of the sender. Our internal team confirms that email confirm

you received was not sent by Google or YouTube and is characterized as phishing and spam email."

At this point I asked how anyone could have my banking information and why would this letter be sent to me through the YouTube Partner Program and was told they would do further investigation.

As of 3/22/22 and after submitting this complaint to the Mississippi Attorney General's office, I was contacted by YouTube via email confirming the letters are officially from them and that they would have this resolved within 15 days.

yt-partner-support <yt-partner-support@google.com> "Robert J Ray our team has did a deep dive into your channel and found that the two letters that was sent to us was found legitimate on our end. Our team still doing a investigation on were these funds are. Thanks for you patience and service we will reach out after 15 days on this matter. Have a great day!"

And then later the same day received this email:
From: yt-partner-support <yt-partner-support@google.com> "Robert J Ray, regarding your complaint we have updated you revenue funds in google AdSense which can now be seen we will update the rest soon. You also no longer have to reach another threshold because we found this problem on our end. You can expect these funds on 3/30/22. You will also have to confirm your bank once again."
After YouTube's confirmation I will be receiving the funds then YouTube sent on March 23 another reply via email which is also confusing. Within a few hours my AdSense dashboard showed a change of $2,500,000 earnings due for payment this month.
From: <yt-partner-support@google.com>
"In light of the stated intent to take legal action in our prior correspondence, I have had to turn this case over to the legal team who may or may not respond directly to your request as they deem necessary. I am unable to provide you with further assistance on this matter."

I would like to resolve this and once Google deposits the funds will dismiss the complaint which I also stated to YouTube in response to turning the matter over to the legal team, yet this has gone on for five months with no result. If they refuse to pay then I have no alternative but to file a lawsuit for breach of contract, false advertising, fraud, racial discrimination, age discrimination, libel/slander, emotional distress, monetary loss and for running a Ponzi Scheme.

-76-

There must be thousands of Mississippians who have had similar issues with YouTube.

## YouTube Demographics: Geography

There are more than 51 million YouTube channels out there.

India has the highest number of active YouTube users. At least 467 million people in India regularly access YouTube – that's approximately 16% of the total population.

The United States comes second as the country with the most YouTube users, with about 246 million active YouTube users.

Brazil (142 million), Indonesia (139 million), and Mexico (81.8 million) take up the next three positions at the countries with the highest number of YouTube users.

YouTube is currently localized in over 100 countries and can be used in 80 different languages (YouTube, 2021). This fact has made it possible for the fast penetration of the platform to other countries globally.

UAE is the country with the highest YouTube penetration at 98.7%. The Netherlands ranks second at 92.7%, while Norway ranks third at 92.1%. African countries Nigeria and Kenya have a YouTube penetration of under 30% (Statista).

These figures mean a lot to digital marketers that wish to reach a larger audience. Video content has taken over the world, owing to the latest video marketing statistics. And where best to market your videos than the world's largest video search engine?  - b

https://www.omnicoreagency.com/youtube-statistics/

ut what happens when youtube is manipulating the views and subscribers - charging rates at he high end and then deleting those views and subscribers for "invalid traffic" so don't have to pay youtubers yet they get paid by marketers

Social Blade

Each animal stands for a certain number of YouTube subscribers. The data for this illustration comes from Socialblade.Keep in mind that **Socialblade** requires a **minimum of five subscribers** to have a channel counted. However, generally, the channels that only have 5-10 are not always counted either. That means the number of channels is much higher than the 38 million overall channel numbers presented.In the last year, the total number has grown by 7 million, that's a plus of 23% compared to 2019.

As of January 2022, there are around **29,000 YouTube channels** out there having **over 1 million subscribers**. They are the dinosaurs of the YouTube space! Massive in size. Most specimens started ages ago. And it took them very long to grow this size.YouTube's CEO Susan Wojcicki states that in 2019 the number of YouTube channels having more than 1 million subscribers grew by 65%. They are the foundation for the business model of the video platform and YouTube's revenues.Back in 2016, there were only 2,000 channels that had over one million subscribers. Since then every day four YouTube channels hit this 1 million subs milestone. The total number of channels with 1 million subs has grown by a factor of 8. In 3 years only!**700 of these YouTube "dinosaurs"** already feature **over 10 million subscribers**.

around 17 million channels feature subscriber numbers between 100 to 1.000.

https://www.tubics.com/blog/number-of-youtube-channels

How much of this is "invalid" traffic dictated by YouTube?   How do the 17 million dispute payment?   —18—

AT&T Yahoo Mail - ... Case 3:23-cv-04222-TSH Document 11-3 Filed 05/03/23 Page 20 of 20 ...AOZ-0oUWNk9JZ...

3 of 3

—19—