UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JAMES RAY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GOOGLE LLC,<br><br>　　　　Defendant. | Case No. 23-cv-04222-TSH<br><br>**ORDER DENYING PLAINTIFF'S IN FORMA PAUPERIS APPLICATION**<br><br>Re: Dkt. No. 37 |

Plaintiff Robert James Ray has filed an application to proceed in forma pauperis using this District's application form. ECF No. 37. As judgment has been entered in this case, the Court construes Plaintiff's application as a request to proceed in forma pauperis in the Ninth Circuit Court of Appeals. Federal Rule of Appellate Procedure 24(a) provides that "a party to a district-court action who desires to appeal in forma pauperis must file a motion in the district court" and attach an affidavit that (1) "shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs," (2) "claims an entitlement to redress," and (3) "states the issues that the party intends to present on appeal." Fed. R. App. P. 24(a)(1).

Although Plaintiff's application shows an inability to pay the fees and costs associated with his appeal, he did not include an affidavit answering the second and third parts of Rule 24(a). As such, the Court directed Plaintiff to file an affidavit by December 18, 2023. ECF No. 38. On December 13 Plaintiff filed a Form 4 Motion and Affidavit for Permission to Proceed in Forma Pauperis. ECF No. 41. However, except for his signature and date on the first page, Plaintiff did not fill out any part of the seven-page form, instead leaving every question blank. Accordingly, because Plaintiff has failed to provide the information required by Rule 24(a), the Court hereby

gives notice pursuant to Federal Rule of Appellate Procedure 24(a)(4) that his application to proceed in forma pauperis on appeal is **DENIED WITHOUT PREJUDICE**.

Under Federal Rule of Appellate Procedure 24(a)(5), Plaintiff may still file a motion to proceed in forma pauperis directly in his case pending in the Ninth Circuit Court of Appeals, 23-3987, *Ray v. Google LLC*. If he chooses to do so, Plaintiff must file the application in the Ninth Circuit within 30 days of this order. *See* Fed. R. App. P. 24(a)(5).

**IT IS SO ORDERED.**

Dated: December 19, 2023

THOMAS S. HIXSON
United States Magistrate Judge